# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JODI LA COE, | : | No. 4:14-cv-01818 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| THE PENNSYLVANIA STATE UNIVERSITY, MEHRDAD HADIGHI, and JAMES KALSBEEK, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 24th day of March 2016, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Defendant James Kalsbeek's Motion to Dismiss, ECF No. 30, is GRANTED IN FULL and WITH PREJUDICE.

                                                             BY THE COURT:

                                                             /s Matthew W. Brann
                                                             Matthew W. Brann
                                                             United States District Judge